# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Juan C.R.R.,

                    Petitioner,          **ORDER DENYING PETITIONER'S EMERGENCY MOTION FOR ADDITIONAL RELIEF**

v.

                                         Civil File No. 26-01282 (MJD/DJF)

 Pamela Bondi, et al.,

                    Respondents.

Laura Matson, Brian D. Clark, Nash Bundy Edgerton Hall, Lockridge Grindal Nauen PLLP, Counsel for Petitioner.

David W. Fuller, David R. Hackworthy, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Petitioner's Emergency Motion for Additional Relief dated March 16, 2026. [Doc. 18.] Petitioner requested the Court order Respondents to facilitate Petitioner's attendance at a biometrics appointment on March 26, 2026. [Id.] On March 17, 2026, the Court granted the Petitioner's Petition for Writ of Habeas Corpus. [Doc. 21.]  In its Order, the Court required Petitioner's immediate release as well as required Respondents to confirm that Petitioner's release was completed. [Id.]

On March 19, 2026, Respondents provided a status report to the Court, stating that Petitioner was released from custody on March 17, 2026. [Doc. 24.] Respondents also indicated that Petitioner's Emergency Motion for Additional Relief is now moot. [Id.] The Court agrees with Respondents on this matter.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Emergency Motion for Additional Relief **[Doc. 18]** is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 30, 2026                    s/Michael J. Davis
                                          Michael J. Davis
                                          United States District Court

2