# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Carlos Rodriguez Romero,

Petitioner(s),

v.

Pamela Bondi, Markwayne Mullin, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1282 MJD/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Emergency Motion for Additional Relief **[Doc. 18]** is **DENIED as moot**.

Date: 3/31/2026

KATE M. FOGARTY, CLERK